JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-08313-RGK-ADS | | Date | February 8, 2022 |
|---|---|---|---|---|
| Title | *Carpenters Southwest Administrative Corporation et al v. Marco Rojas et al* | | | |

| **Present: The Honorable** | **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| **Deputy Clerk** | **Court Reporter / Recorder** | **Tape No.** |

| **Attorneys Present for Plaintiff:** | **Attorneys Present for Defendant:** |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) Order of Dismissal**

On January 26, 2022, the Court issued an order to show cause ("OSC") as to why this case should not be dismissed for lack of prosecution. (ECF No. 10.) In response, Plaintiffs filed a proof of service that indicates that Plaintiffs served Defendants with the summons and complaint on January 26, 2022. (ECF No. 11.) The last day to timely serve Defendants was January 18, 2022. The response to the OSC fails to show timely service or demonstrate good cause for untimely service. Therefore, the Court dismisses this case for lack of prosecution.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    _____